IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. |
| GREGORY FIELDS, | ) | 14-00017-01-CR-W-HFS |
| Defendant. | ) | |

ORDER

For the reasons stated by Judge Larsen, and after reviewing the record, the motion to suppress (Doc. 21) is hereby DENIED.

Unlike the situation where a bulge in clothing is deemed insufficient to suspect drug packaging, I accept the view that a bulge covering a firearm is more readily suspected by experienced law enforcement officers, at least in circumstances similar to that at bar. Compare United States v. Aquino, 674 F.3d 918 (8th Cir. 2012) with United States v. Roggeman, 279 F.3d 573 (8th Cir. 2002).

/s/ Howard F. Sachs
Howard F. Sachs
United States District Court Judge

October  14 , 2014

Kansas City, Missouri